```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 07178
   TIMOTHY R WOOLUMS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-0787

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/26/08 .

   2.  The case was converted to Chapter 7 without confirmation, 06/20/2008.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC         .00           .00            .00
HEATHER SINGLETON         CHILD SUPPORT   NOT FILED           .00            .00
STATE DISBURSEMENT UNIT   CHILD SUPPORT   NOT FILED           .00            .00
ALL CREDIT LENDERS        UNSECURED       NOT FILED           .00            .00
ALLIED INTERSTATE         UNSECURED       NOT FILED           .00            .00
ARMOR SYSTEMS             UNSECURED       NOT FILED           .00            .00
ARMOR SYSTEMS             UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CERTIFIED SERVICES INC    UNSECURED       NOT FILED           .00            .00
CERTIFIED SERVICES INC    UNSECURED       NOT FILED           .00            .00
CREDIT MANAGEMENT SERVIC  UNSECURED       NOT FILED           .00            .00
FEDERATE ADJUSTMENT SO    UNSECURED       NOT FILED           .00            .00
HSBC                      UNSECURED       NOT FILED           .00            .00
HSBC                      UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION       UNSECURED       NOT FILED           .00            .00
ILLINOIS LENDING CORP     UNSECURED       NOT FILED           .00            .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED           .00            .00
NATIONWIDE ACCEPTANCE     UNSECURED       NOT FILED           .00            .00
UNIQUE NATIONAL COLLECTI  UNSECURED       NOT FILED           .00            .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID

         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00           .00
PRINCIPAL PAID         .00          .00          .00          .00           .00
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID             .00          .00          .00          .00           .00
The Debtor's attorney, GARY N FOLEY                 , was allowed $        .00
and was paid $       .00 .
```

```
The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 09/11/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

                                PAGE   2
        CASE NO. 08 B 07178 TIMOTHY R WOOLUMS